UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SHABBIR CHOUDHURY,

    Plaintiff,

  -against-                               **NOTICE OF SETTLEMENT**

                                                      Docket No. 1:17-cv-02937-BMC

TRANSWORLD SYSTEMS, INC.,

    Defendant,

_____/

    **PLEASE TAKE NOTICE** that the above-referenced matter has been resolved between the parties pending the exchange and approval of final settlement papers. Plaintiff respectfully requests that the Court retain continuing jurisdiction over this matter pending the prompt filing of a Notice of Dismissal herein.

Date: June 7, 2017

                                                   Respectfully submitted,

                                                  ___s/Subhan Tariq_____
                                                  Subhan Tariq, Esq.
                                                  Attorney I.D. No. ST9597
                                                  The Tariq Law Firm, PLLC
                                                  **Attorney for Plaintiff**
                                                  9052 171st Street
                                                  Jamaica Estates, NY 11432
                                                  Telephone: (516) 900-4529
                                                  Facsimile: (516) 453-0490
                                                  Email: subhan@tariqlaw.com