UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

Shabbir Choudhury,

    Plaintiff,

v.

Transworld Systems Inc.,

    Defendant.

Case No. 1:17-cv-02937-BMC

---

### NOTICE OF OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Shabbir Choudhury, by and through counsel, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this action against the Defendant, Transworld Systems Inc., with prejudice. Each party shall bear its own costs and attorney fees.

Dated: July 5, 2017

Respectfully Submitted,

_____
Subhan Tariq, Esq.
The Tariq Law Firm, PLLC
90-52 171st Street
Jamaica, NY 11432
516-900-4529
Fax: 347-402-2645
Email: subhan@tariqlaw.com

## PROOF OF SERVICE

I certify that on this July 5, 2017, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_____
Subhan Tariq, Esq.